## MOTION AND PROCEDURAL RULINGS

**2006–1212.   Arbino v. Johnson & Johnson.**
Certified Question of State Law, United States District Court for the Northern District of Ohio, Western Division, No. 3:06 CV 40010. This cause is pending before the court on the certification of a state law question from the United States District Court for the Northern District of Ohio, Western Division. Upon consideration of the motion to clarify the filing deadline for petitioner's reply brief,

It is ordered by the court that the motion is denied, and petitioner is ordered to comply with the time provision outlined in S.Ct.Prac.R. VI(4).

## MISCELLANEOUS DISMISSALS

**2006–1795.   In re T.B.**
Franklin App. No. 06AP–769, 2006-Ohio-4789, and 2006-Ohio-5300. This cause is pending before the court as a discretionary appeal. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due October 27, 2006, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–2363.   State ex rel. Nerlinger v. AJR Ents., Inc.**
Franklin App. No. 05AP–1207, 2006-Ohio-6143.

**2006–2396.   State ex rel. Moore v. Internatl. Truck & Engine.**
Franklin App. No. 06AP–28, 2006-Ohio-6222.